1  **DONALD M. GINDY** (SB# 45228)
2  LAW OFFICES OF DONALD M. GINDY
   Email: don@gindylaw.com
3  1925 Century Park East, Suite 650
   Los Angeles CA, 90067
4  TEL: (424) 284-3123
5
6  Attorney for Plaintiff,
   VBConversions LLC
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11  VBCONVERSIONS LLC, A                 Case No: 14-cv-08533-CBM-PLA
12  California limited liability company, *[Assigned to the Hon. Consuelo B. Marshall]*
13              Plaintiff,               **JOINT STIPULATION TO**
14  v.                                   **DISMISS MATTER WITH**
                                         **PREJUDICE.**
15  THE BAUPOST GROUP, INC., a
16  Massachusetts Corporation; J.
    SANTOS, an Individual; DOES 1-10,
17  inclusive,
18              Defendants.
19
20
21      **IT IS HEREBY STIPULATED** by the parties, acting through their
22
23  respective counsel of record, that VBConversions LLC, The Baupost Group, Inc.,
24  and J. Santos, an Individual, hereby agree that the above captioned matter should be
25  dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
26  Civil Procedure.  Each side to bear its own costs and fees.
27
28
                                  1

1    **Dated**: April 29, 2015              LAW OFFICE OF DONALD M. GINDY

2

3    _____

4                                          DONALD M. GINDY

5                                          ATTORNEY FOR PLAINTIFF,
                                           VBCONVERSIONS LLC

6

7    **Dated**: April 29, 2015              FOX ROTHSCHILD LLP

8

9                                          /s/ James E. Doroshow
                                           _____
10                                         JAMES E. DOROSHOW
                                           ATTORNEY FOR DEFENDANTS,
11                                         THE BAUPOST GROUP, INC.

12

13   **Dated**: April   , 2015             POOLE & SHAFFERY, LLP

14

15                                         _____

16                                         DAVID S. POOLE
                                           ATTORNEY FOR DEFENDANT,
17                                         JEFFERY SANTOS

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS

1   **Dated**: April      , 2015          LAW OFFICE OF DONALD M. GINDY

2

3   _____

4                                         DONALD M. GINDY
                                          ATTORNEY FOR PLAINTIFF,
5                                         VBCONVERSIONS LLC

6

7   **Dated**: April      , 2015          FOX ROTHSCHILD LLP

8

9   _____

10                                        JAMES E. DOROSHOW
                                          ATTORNEY FOR DEFENDANTS,
11                                        THE BAUPOST GROUP, INC.

12

13  **Dated**: April      , 2015          POOLE & SHAFFERY, LLP

14

15  _____

16                                        DAVID S. POOLE
                                          ATTORNEY FOR DEFENDANT,
17                                        JEFFERY SANTOS

18

19

20

21

22

23

24

25

26

27

28