**DONALD M. GINDY** (SB# 45228)
LAW OFFICES OF DONALD M. GINDY
Email: don@gindylaw.com
1925 Century Park East, Suite 650
Los Angeles CA, 90067
TEL: (424) 284-3123

Attorney for Plaintiff,
VBConversions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS LLC, A California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE BAUPOST GROUP, INC., a Massachusetts Corporation; J. SANTOS, an Individual; DOES 1-10, inclusive,<br><br>Defendants. | Case No: 14-cv-08533-CBM-PLA<br>*[Assigned to the Hon. Consuelo B. Marshall]*<br><br>~~[PROPOSED]~~ **ORDER ON JOINT STIPULATION TO DISMISS MATTER WITH PREJUDICE.**<br><br>[JS-6] |

The Court has read and reviewed the stipulation of the parties to dismiss the matter with PREJUDICE.

Good Cause appearing therein, the court hereby dismisses with PREJUDICE the claims of VBConversions LLC against The Baupost Group, Inc., and J. Santos.

**IT IS SO ORDERED.**

DATED: May 4, 2015

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE

1