✎ AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
| --- | --- |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
| --- | --- |
| **DOCKET NO.**      **DATE FILED** | UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br>321 SPRING STREET, LOS ANGELES, CA 90012 |

| PLAINTIFF<br><br>VBCONVERSIONS LLC | DEFENDANT<br>THE BAUPOST GROUP, INC., a Massachusetts corporation; J. SANTOS, an individual; DOES 1-10, inclusive; |
| --- | --- |

| | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
| --- | --- | --- | --- |
| 1 | TX 6-425-720 | VB.NET TO C# CONVERTER, VERSION 2.0 | VBCONVERSIONS LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
| --- | --- |
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| --- | --- | --- | --- |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br><br>☑ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br><br>☐ Yes    ☑ No | DATE RENDERED<br><br>5/4/2015 |
| --- | --- | --- |
| CLERK<br><br>TERRY NAFISI | (BY) DEPUTY CLERK<br><br>J. Lam | DATE<br><br>5/4/2015 |

3) Upon termination of action,
mail copy to Register of Copyrights